█ In the Matter of ALANDREA B., an Infant. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DONNA B., Appellant. [885 NYS2d 669]—Appeal from an order of the Family Court, Oneida County (Randal B. Caldwell, J.), entered January 23, 2007 in a proceeding pursuant to Family Court Act article 10. The order, among other things, directed respondent to

comply with the terms and conditions specified in an order of protection.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see generally Matter of Abidi v Antohi*, 58 AD3d 726, 727 [2009]; *Matter of Gonzalez v Gonzalez*, 57 AD3d 896, 897 [2008]). Present—Martoche, J.P., Smith, Peradotto, Carni and Green, JJ.